FILED

19 MAY 17 PM 12: 53

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNSEALED PER ORDER OF COURT

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

RAMON ANTHONY HERNANDEZ (1),
TOMAS TETERS (2),
NATALYA SOHELI (3),
   aka "Steven Lenarr Brown II,"
GIORGIO JABSI (4),
WILLIAM WHITENACK (5),
DERRICK DAVIDSON (6),
CHASE MICHAEL BERKMAN (7),
JOSE RODRIGUEZ (8),
HEATH SEAN SILVERCLOUD (9),
KEITH ACKER (10),
CHRISTIAN DEL CASTILLO (11),
JESSICA PERKINS (12),
CHRISTOPHER HALTON (13),
NICHOLAS RAMIREZ (14),
JOSE LUIS MAGDALENO (15),
CORINNA VASQUEZ (16),
RANDALL BIALEK (17),
JEREMY SHANE MARBLE (18),
DANIEL GODOY (19),
PAUL MATTHEW CALZETTA (20),
DESTIN BANKS (21),
BILLIE JO REYNOLDS (22),
SEAN O'BRIEN (23),
MARK SEYMOUR (24),
CHRISTOPHER GROVES (25),
CATARINO MALDONADO (26),
JAVIER RIVERA (27),
CARLOS VELASCO (28),
CHRISTIAN RAGGIO (29),

Case No.   **19 CR 1787 BAS**

I N D I C T M E N T

Title 21, U.S.C., Secs. 841(a)(1)
and 846 - Conspiracy to Distribute
Methamphetamine; Title 18, U.S.C.,
Secs. 1956(h), 1956(a)(1)(A)(i)
and (a)(1)(B)(i) - Conspiracy to
Launder Money; Title 21, U.S.C.,
Sec. 841(a)(1) - Distribution of
Methamphetamine; Title 21, U.S.C.,
Sec. 841(a)(1) - Possession of
Methamphetamine with Intent to
Distribute; Title 18, U.S.C.,
Sec. 2 - Aiding and Abetting;
Title 21, U.S.C., Sec. 853,
Title 18, U.S.C., Sec. 982(a)(1) -
Criminal Forfeiture

MJS/RAS:cms(nlv)(1):San Diego:5/16/19

1  CODY PARKER (30),
   IVAN TORRES (31),
2  ARTURO JULIAN GALVIN (32),
   JOHN MARK TOMSICK (33),
3  MARESHA MORROW (34),
   RENE REYNOSO (35),
4  KATHLEEN SOCIN (36),
   KORY STROHAUER (37),
5  CHRISTOPHER STROUD (38),
   DANIEL HENSLEY (39),
6  UBALDO PEREZ (40),
   PETER MOHRMANN (41),
7  ROBERT MONTELL (42),

8              Defendants.

9       The grand jury charges:

10                   Count 1

11      Beginning on a date unknown to the grand jury and continuing up to

12 and including the date of this Indictment, within the Southern District

13 of California and elsewhere, defendants RAMON ANTHONY HERNANDEZ, TOMAS

14 TETERS, NATALYA SOHELI, aka "Steven Lenarr Brown II," GIORGIO JABSI,

15 WILLIAM WHITENACK, DERRICK DAVIDSON, CHASE MICHAEL BERKMAN, JOSE

16 RODRIGUEZ, HEATH SEAN SILVERCLOUD, CHRISTIAN DEL CASTILLO, JESSICA

17 PERKINS, CHRISTOPHER HALTON, NICHOLAS RAMIREZ, JOSE LUIS MAGDALENO,

18 CORINNA VASQUEZ, RANDALL BIALEK, JEREMY SHANE MARBLE, DANIEL GODOY, PAUL

19 MATTHEW CALZETTA, DESTIN BANKS, BILLIE JO REYNOLDS, SEAN O'BRIEN, MARK

20 SEYMOUR, CHRISTOPHER GROVES, CATARINO MALDONADO, JAVIER RIVERA, CARLOS

21 VELASCO, CODY PARKER, IVAN TORRES, ARTURO JULIAN GALVIN, JOHN MARK

22 TOMSICK, MARESHA MORROW, RENE REYNOSO, KATHLEEN SOCIN, KORY STROHAUER,

23 CHRISTOPHER STROUD, DANIEL HENSLEY, UBALDO PEREZ, PETER MOHRMANN, and

24 ROBERT MONTELL, did knowingly and intentionally conspire together and

25 with each other and with other persons known and unknown to the grand

26 jury, to distribute 50 grams and more of methamphetamine (actual), a

27 Schedule  II  Controlled  Substance;  in  violation  of  Title  21,

28 United States Code, Sections 841(a)(1) and 846.

                              2

Count 2

Beginning on a date unknown to the grand jury and continuing to the date of this Indictment, within the Southern District of California and elsewhere, defendants RAMON ANTHONY HERNANDEZ, TOMAS TETERS, NATALYA SOHELI, aka "Steven Lenarr Brown II," GIORGIO JABSI, WILLIAM WHITENACK, DERRICK DAVIDSON, CHASE MICHAEL BERKMAN, JOSE RODRIGUEZ, HEATH SEAN SILVERCLOUD, JESSICA PERKINS, CORINNA VASQUEZ, JEREMY SHANE MARBLE, PAUL MATTHEW CALZETTA, BILLIE JO REYNOLDS, SEAN O'BRIEN, MARK SEYMOUR, CHRISTOPHER GROVES, RENE REYNOSO, KORY STROHAUER, CHRISTOPHER STROUD, DANIEL HENSLEY, and UBALDO PEREZ, did knowingly and intentionally conspire together and with each other and, with other persons known and unknown to the grand jury, to conduct and attempt to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, the felonious distribution of controlled substances punishable under Title 21, United States Code, Chapter 13,

    a.   with the intent to promote the carrying on of such specified unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

    b.   knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and while conducting and attempting to conduct such financial transactions knew the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

3

Count 3

On or about July 31, 2018, within the Southern District of California, defendants GIORGIO JABSI and KEITH ACKER, did knowingly and intentionally distribute, 50 grams and more, to wit: approximately 54.23 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count 4

On or about February 1, 2019, within the Southern District of California, defendants RAMON ANTHONY HERNANDEZ, TOMAS TETERS, CARLOS VELASCO, and CHRISTIAN RAGGIO, did knowingly and intentionally possess with intent to distribute, approximately 2,645 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION

1.    The allegations contained in Counts 1 through 4 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982(a)(1).

2.    Upon conviction of one or more of the felony offenses alleged in Counts 1, 3 and 4 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants RAMON ANTHONY HERNANDEZ, TOMAS TETERS, NATALYA SOHELI, aka "Steven Lenarr Brown II," GIORGIO JABSI, WILLIAM WHITENACK, DERRICK DAVIDSON, CHASE MICHAEL BERKMAN, JOSE RODRIGUEZ, HEATH SEAN SILVERCLOUD, KEITH ACKER, CHRISTIAN

4

1   DEL CASTILLO, JESSICA PERKINS, CHRISTOPHER HALTON, NICHOLAS RAMIREZ,
2   JOSE LUIS MAGDALENO, CORINNA VASQUEZ, RANDALL BIALEK, JEREMY SHANE
3   MARBLE, DANIEL GODOY, PAUL MATTHEW CALZETTA, DESTIN BANKS, BILLIE JO
4   REYNOLDS, SEAN O'BRIEN, MARK SEYMOUR, CHRISTOPHER GROVES, CATARINO
5   MALDONADO, JAVIER RIVERA, CARLOS VELASCO, CHRISTIAN RAGGIO, CODY PARKER,
6   IVAN TORRES, ARTURO JULIAN GALVIN, JOHN MARK TOMSICK, MARESHA MORROW,
7   RENE REYNOSO, KATHLEEN SOCIN, KORY STROHAUER, CHRISTOPHER STROUD, DANIEL
8   HENSLEY, UBALDO PEREZ, PETER MOHRMANN, and ROBERT MONTELL, shall forfeit
9   to the United States all their rights, title and interest in any and all
10  property constituting, or derived from, any proceeds the defendants
11  obtained, directly or indirectly, as the result of the offenses, and any
12  and all property used or intended to be used in any manner or part to
13  commit and to facilitate the commission of the violations alleged in
14  Counts 1, 3 and 4 of this Indictment.

15      3.    Upon conviction of the offense alleged in Count 2 of this
16  Indictment, and pursuant to Title 18, United States Code,
17  Section 982(a)(1), defendants RAMON ANTHONY HERNANDEZ, TOMAS TETERS,
18  NATALYA SOHELI, aka "Steven Lenarr Brown II," GIORGIO JABSI, WILLIAM
19  WHITENACK, DERRICK DAVIDSON, CHASE MICHAEL BERKMAN, JOSE RODRIGUEZ,
20  HEATH SEAN SILVERCLOUD, JESSICA PERKINS, CORINNA VASQUEZ, JEREMY SHANE
21  MARBLE, PAUL MATTHEW CALZETTA, BILLIE JO REYNOLDS, SEAN O'BRIEN, MARK
22  SEYMOUR, CHRISTOPHER GROVES, RENE REYNOSO, KORY STROHAUER, CHRISTOPHER
23  STROUD, DANIEL HENSLEY, and UBALDO PEREZ, shall forfeit to the United
24  States, all property, real and personal, involved in such offense, and
25  all property traceable to such property.

26      4.    If any of the above-described forfeitable property, as a
27  result of any act or omission of the defendants:
28  //

1    a.    cannot be located upon the exercise of due diligence;

2    b.    has been transferred or sold to, or deposited with, a

3    third party;

4    c.    has been placed beyond the jurisdiction of the Court;

5    d.    has been substantially diminished in value; or

6    e.    has been commingled with other property which cannot be

7    subdivided without difficulty; it is the intent of the United States,

8    pursuant to Title 21, United States Code, Section 853(p) and Title 18,

9    United States Code, Section 982(b), to seek forfeiture of any other

10   property of the defendants up to the value of the property listed above

11   as being subject to forfeiture.

12   All pursuant to Title 21, United States Code, Section 853, and Title 18,

13   United States Code, Section 982(a)(1).

14        DATED: May 17, 2019.

15                                          A TRUE BILL:

16

17                                          Foreperson

18   ROBERT S. BREWER, JR.,
     United States Attorney

19

20   By: _____
     MATTHEW J. SUTTON
21   Assistant U.S. Attorney

22   By: _____

23   RYAN A. SAUSEDO
     Assistant U.S. Attorney

24

25

26

27

28