**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  v.<br><br>NATALYA SOHELI,<br><br>                      Defendant. | Case No. 19-cr-01787-BAS-3<br><br>**ORDER GRANTING JOINT MOTION TO REDUCE SENTENCE (ECF No. 2066)** |

      Presently before the Court is a Joint Motion to Reduce Sentence Pursuant to the United States Sentencing Guidelines ("U.S.S.G.") Amendment 821 and General Order 755. (ECF No. 2066.) The parties submit that Defendant Natalya Soheli is entitled to a sentencing reduction because she was a zero-point offender at the time of sentencing. (*Id.*) Indeed, the Court ultimately sentenced her to 153 months based on a criminal history score of zero, a criminal history category of I, a total offense level of 35, and a guideline range of 168–210 months. (*Id.*)

      After applying the guideline amendment, Defendant's amended total offense level is 33 months, and her amended guideline range if 135–168 months. (ECF No. 2066.) The

parties submit that an amended sentence of 135 months is appropriate, and the Court agrees. Consequently, the Court **GRANTS** the Joint Motion (ECF No. 2066). Defendant is resentenced to 135 months in custody. All conditions of supervised release, fines, and special assessments remain the same.

      IT IS SO ORDERED.

DATED: April 5, 2024

Hon. Cynthia Bashant
United States District Judge