ADAM GORDON
United States Attorney
LUELLA M. CALDITO
Assistant U.S. Attorney
California State Bar No. 215953
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-6384
Facsimile: (619) 546-0585
Email: Luella.Caldito@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NATALYA SOHELI,<br>Defendant.<br>IRIS SOLIMAN,<br>Surety. | Court No. 19CR1787-BAS<br><br>SATISFACTION OF JUDGMENT AS TO SURETY |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The judgment entered on September 22, 2020, against surety Iris Soliman, has been satisfied. The Clerk is authorized to enter full satisfaction of the judgment against surety Iris Soloman. The judgment against defendant Natalya Soheli remains outstanding.

DATED: July 24, 2026.

ADAM GORDON
United States Attorney

/s/ *Luella M. Caldito*
LUELLA M. CALDITO
Assistant U.S. Attorney
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NATALYA SOHELI,<br>Defendant.<br>IRIS SOLIMAN,<br>Surety. | Court No. 19CR1787-BAS<br>CERTIFICATE OF SERVICE |

I, La Valley England, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of the Satisfaction of Judgment as to Surety on the following parties who are non-ECF participants via US Mail at their last known addresses:

1. Iris Soliman, to an address in San Diego, California but not included here pursuant to Federal Rule of Criminal Procedure 49.1(a) and General Order 514-E.

/ /

/ /

/ /

2. Natayla Soheli, Reg. No. 85357-298, 551 S. 35th Street, San Diego, California 92113.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2026

/s/ *La Valley England*
LA VALLEY ENGLAND